UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-23-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:24CR20(AWT)(RMS) |
| | VIOLATIONS: |
| v. | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Cocaine and Fentanyl) |
| STANDFORD SMITH, a.k.a. "Pops" | |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm by a Felon) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Cocaine and Fentanyl)

1. On or about June 2, 2023, in the District of Connecticut, the defendant STANDFORD SMITH, a.k.a. "Pops," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
(Unlawful Possession of Firearm by a Felon)

2. On or about June 2, 2023, in the District of Connecticut, the defendant STANDFORD SMITH, a.k.a. "Pops," having been, and knowing that he had been, previously convicted in the United States District Court for the District of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

   a. Possession with Intent to Distribute Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Commission of Another Offense While on Supervised Release, in violation of Title 18, United States Code, Section 3147, on or about March 31, 2021; and

   b. Conspiracy to Unlawfully Deal in Firearms and to Unlawfully Transport Firearms in Interstate Commerce, in violation of Title 18, United States Code, Sections 371, 922(a)(1)(A), and 922(a)(3), on or about March 31, 2021,

did knowingly possess a firearm in and affecting interstate commerce, that is, a Ruger LCP Max .380 caliber firearm, bearing serial number 381405691 and containing one magazine with ten live .380 rounds of ammunition, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
(Controlled Substances Offense)

3. Upon conviction of the controlled substances offense alleged in Count One of this Indictment, the defendant STANDFORD SMITH, a.k.a. "Pops," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Sections 853 and 881, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offense)

5. Upon conviction of the firearm offense charged in Count Two of this Indictment, the defendant STANDFORD SMITH, a.k.a. "Pops," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense including but not limited to: a Ruger LCP Max .380 caliber firearm, bearing serial number 381405691 and containing one magazine with ten live .380 rounds of ammunition, seized on or about June 2, 2023.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Patricia Stolfi Collins*
PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY